# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KIRKPATRICK PRICE, INC.,

Appellant,

v.

CLONE SYSTEMS, INC.,

Appellee.

No. 2D2024-1170

_____

August 22, 2025

Appeal from the Circuit Court for Hillsborough County; Jennifer Gabbard, Judge.

G. Donovan Conwell, Jr. of Conwell Business Law, P.A., Tampa, for Appellant.

Amy L. Christiansen and Nancy Abrams of Spector Gadon Rosen Vinci, LLP, St. Petersburg, for Appellee.


PER CURIAM.

Affirmed.


LaROSE and KHOUZAM, JJ., Concur.
MOE, J., Concurs specially.

MOE, Judge, Concurring specially.

I agree with the majority but write separately to explain my reasons. Kirkpatrick Price, Inc. appeals an order granting Clone Security, LLC's motion to dismiss for lack of personal jurisdiction. I see no merit to any argument raised by Kirkpatrick except for the requirement that an evidentiary hearing be held to resolve conflicts in the evidence. However, that issue was not preserved. "Absent fundamental error, arguments not presented to the trial court may not be considered for the first time on appeal." *Mann v. Yeatts*, 111 So. 3d 934, 937 (Fla. 5th DCA 2013).

_____

Opinion subject to revision prior to official publication.